263 So.2d 721

**Hubert T. MITCHELL**

v.

**Judge Matthew S. BRANIFF.**

No. 52598.

July 5, 1972.

263 So.2d 721

**NEW ORLEANS FIREFIGHTERS ASSO-
CIATION, LOCAL 632, et al.,**

v.

**CITY OF NEW ORLEANS et al.**

No. 52511.

June 29, 1972.

BARHAM, J., is of the opinion the writ of mandamus should issue ordering the trial judge to sign the Bills of Exceptions so that the relator's appeal can be lodged here. More than one year has elapsed since the order of appeal and the Bills have been submitted for 2 months to the judge. We have supervisory jurisdiction and it should be exercised promptly to expedite appeals. The trial court should be ordered to comply immediately. His promise of action in the "near future" does not satisfy me that the relator has any relief.

ORDER

Considering that all parties to this proceeding have petitioned the Court to review the case now and to give it a preferential assignment pursuant to Rule VIII, Section 3 of the Rules of this Court, and being of the opinion that the case is impressed with a public interest:

It is ordered That a writ of review be granted and that this case be assigned as the first case for the October term.